IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY L. CAMERON, #154328, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:15-cv-931-WHA |
| ) | |
| KIM THOMAS, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #26) and the Plaintiff's Objections (Doc. #27). After conducting an independent evaluation and *de novo* review of the file in this case, the court finds the objection to be without merit. Therefore, it is hereby ORDERED as follows:

1. Plaintiff's objection is OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

4. The clerk is DIRECTED to take appropriate steps to effect the transfer.

DONE this 10th day of May, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE